UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW J. GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FBI,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-01719 SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE<br>**WITHIN 45 DAYS** |

Plaintiff Matthew J. Gomez is a state prisoner proceeding pro se in this civil rights action.

Plaintiff initiated this action on December 14, 2017, in the United States District Court for the Central District of California. (ECF No. 1.) On December 20, 2017, the action was transferred to this Court.

Plaintiff has not submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, or paid the filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis for a prisoner;

2. Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

1

3. <u>Plaintiff is warned that the failure to comply with this order will result in a recommendation for dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **December 21, 2017**

_____
UNITED STATES MAGISTRATE JUDGE