# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW J. GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FBI,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-01719 SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE TO THE COURT<br><br>[ECF No. 10] |

Plaintiff Matthew J. Gomez is a state prisoner proceeding pro se in this civil rights action. Plaintiff initiated this action on December 14, 2017, in the United States District Court for the Central District of California. (ECF No. 1.) On December 20, 2017, the action was transferred to this Court.

Currently before the Court is Plaintiff's notice, filed on December 29, 2017. (ECF No. 10.) The notice states in full, "Just letting you know, they followed me to 'North Kern State Prison,' and harass me here as well." (Id.)

The Court notes that on December 15, 2017, the Central District of California magistrate judge previously presiding over this matter reviewed Plaintiff's complaint, and determined that the was alleging harassment by the FBI, and made statements that he might kill himself as a result. (ECF No. 4.) The magistrate judge issued a minute order to notify the Warden of North Kern State Prison of this issue, and an email was sent immediately to the Warden's administrative

1

assistant. Further, a voicemail message was left with the Warden's administrative assistant. Finally, the Clerk of the Court spoke with and alerted a doctor of the Mental Health Department at North Kern State Prison regarding this matter. Thus, the Court has notice of Plaintiff's allegations, and understands that the prison officials and medical staff at North Kern State Prison to be informed and aware of concerns regarding Plaintiff's safety and security.

Plaintiff's notice requests no specific relief, but it is noted, and the above-described actions having been taken, the Court finds no further action necessary at this time.

Accordingly, it is HEREBY ORDERED that no further action need be taken regarding Plaintiff's Notice to the Court, filed on December 29, 2017, at this time.

IT IS SO ORDERED.

Dated: **January 3, 2018**

_____
UNITED STATES MAGISTRATE JUDGE